**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      TIMOTHY MCGLOTHIN,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant McGlothin is set **Wednesday, February 2, 2011 at 9:00 a.m.** in Courtroom C-401, Bryon G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 11, 2011