**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00605-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TIMOTHY MCGLOTHIN,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further status/scheduling hearing regarding Defendant McGlothin is set **Friday, February 11, 2011 at 10:30 a.m.** in Courtroom C-401, Bryon G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

      Government shall file its responses to the two operative pleadings on or before Thursday, February 10, 2011.

Dated: February 3, 2011