IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY McGLOTHIN,

        Defendant.
_____

ORDER
_____

      As further set forth on the record at the hearing held on February 11, 2011, IT IS HEREBY ORDERED as follows:

      1. Defendant Timothy McGlothin's Motion Stipulating to Fact of Prior Conviction of a Crime Punishable by Imprisonment for a Term Exceeding One Year **[Doc # 14]** is GRANTED AS CONFESSED;

      2. Defendant is to filed his Motion *In Limine* on or before Monday, February 14, 2011; and

      3. A further status and scheduling conference is set for **Wednesday, March 23, 2001 at 10:00 am**.

Dated: February   11  , 2011, in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE