**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TIMOTHY MCGLOTHIN,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Please be advised that the status/scheduling conference regarding Defendant McGlothin is set **Wednesday, February 23, 2011 at 10:00 a.m.** not March 23, 2011 as stated in the Order issued February 11, 2011 (Doc 22).

Dated:  February 16, 2011