**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TIMOTHY MCGLOTHIN,

       Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a hearing on Defendant's Motion in Limine (Doc 23) is set **Thursday, April 7, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      Government has **up to and including March 17, 2011** to file a response to the Motion in Limine.  Defendant has **up to and including March 31, 2011** to file a reply.

Dated:  February 24, 2011