IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00605-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY McGLOTHIN,

        Defendant.

___

ORDER
___

For the reasons set forth on the record at the hearing held on April 7, 2011, IT IS HEREBY ORDERED that

1. Defendant's Motion in Limine and Objection to the Government's Notice Pursuant to Rule 404(b) [Doc #23] is CONDITIONALLY DENIED insofar as it seeks to exclude evidence regarding two firearms incidents that occurred in 2007 and 2009;

2. Defendant's Motion in Limine and Objection to the Government's Notice Pursuant to Rule 404(b) [Doc #23] is CONDITIONALLY GRANTED insofar as it seeks to exclude evidence regarding two drug offenses that occurred in 1998;

3. A four-day jury trial is set to commence on **Monday, May 2, 2011 at 9:00 a.m.;**

4. A trial preparation conference is set for **Friday, April 22, 2011 at 9:00 a.m.;**

5. The Government shall submit its proposed jury instructions; witness and exhibit lists; proposed voir dire questions; and a redacted copy of the DVD it intends to introduce at trial on or before the date of the trial preparation conference; and

2

6.  Defendant shall submit any proposed special jury instructions; any witness and exhibit lists he wishes to disclose; proposed voir dire questions; and any objections to the redacted DVD produced by the Government on or before the date of the trial preparation conference.

Dated: April   7  , 2011, in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock  
                                          LEWIS T. BABCOCK, JUDGE