IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY McGLOTHIN,

        Defendant.
_____

ORDER
_____

        As further set forth on the record at the hearing held on April 22, 2011, IT IS HEREBY ORDERED as follows:

        1.  Defendant Timothy McGlothin's Motion for Voir Dire Pursuant to Federal Rule of Criminal Procedure 24(a)(1) **[Doc # 35]** is DENIED;

        2.  The Government is to provide to the Court a transcript of the redacted DVD;

        3.  The Government shall file a written response to Defendant's Objection to Introduction of redacted DVD Produced by the Government [Doc #34] on or before **Tuesday, April 26, 2011**;

        4.  Trial will commence in this matter on **May 2, 2001 at 9:00 AM,** when a jury will be selected.

Dated: April   25  , 2011, in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE