**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00605-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TIMOTHY MCGLOTHIN,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant McGlothin is set **Tuesday, July 26, 2011 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  May 16, 2011